# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −4)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 124 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 17, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true
and correct copy of the original on file in my
office. Attest: Sandy Opacich, Clerk U.S.
District Court
Northern District of Ohio
By:
Deputy Clerk  /s/Robert Pitts



**IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION**                                      MDL No. 2804

### SCHEDULE CTO−4 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 17−00564 | City of Mobile, Alabama v. Amerisourcebergen Drug Corporation et al |
| **CONNECTICUT** | | | |
| CT | 3 | 17−02092 | Teamsters Local 493 Health Services and Insurance Plan v. Purdue Pharma L.P. et al |
| CT | 3 | 17−02093 | Teamsters Local 671 Health Services and Insurance Plan v. Purdue Pharma, LP et al |
| CT | 3 | 17−02094 | Teamsters Local 677 Health Services & Insurance Fund |
| CT | 3 | 17−02095 | IBEW Local 90 Benefits Plan v. Purdue Pharma, LP et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 17−04651 | TOWN OF SHERIDAN v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 17−17722 | Seal v. Purdue Pharma LP et al |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 17−01815 | Bossier Parish v. Amerisourcebergen Drug Corporation et al |
| **MICHIGAN EASTERN** | | | |
| MIE | 1 | 17−14076 | Saginaw, County of v. Purdue Pharma L.P. et al |
| MIE | 2 | 17−14074 | Genesee, County of v. Purdue Pharma L.P. et al |
| MIE | 4 | 17−14075 | City of Detroit, Michigan, A Municipal Corporation v. Purdue Pharma L.P. et al |
| MIE | 4 | 17−14077 | Macomb, County of v. Purdue Pharma L.P. et al |
| **MICHIGAN WESTERN** | | | |

| MIW | 1 | 17−01114 | Lansing, City of v. Purdue Pharma L.P. et al |
| MIW | 1 | 17−01115 | Grand Traverse, County of v. Purdue Pharma L.P. et al |
| MIW | 2 | 17−00206 | Chippewa, County of v. Purdue Pharma L.P. et al |
| MIW | 2 | 17−00207 | Delta, County of v. Purdue Pharma L.P. et al |
| MIW | 2 | 17−00208 | Escanaba, City of v. Purdue Pharma L.P. et al |

MINNESOTA

| MN | 0 | 17−05491 | Leech Lake Band of Ojibwe, The v. Purdue Pharma L.P. et al |

MISSISSIPPI SOUTHERN

| MSS | 2 | 17−00202 | Marion County, Mississippi v. Amerisourcebergen Drug Corporation et al |

NEW HAMPSHIRE

| NH | 1 | 17−00730 | Nashua, NH, City of v. Purdue Pharma, L.P. et al |

NEW JERSEY

| NJ | 3 | 17−13462 | THE TOWNSHIP OF BLOOMFIELD, NEW JERSEY v. PURDUE PHARMA, L.P. et al |

NEW YORK SOUTHERN

| NYS | 1 | 17−09877 | Laborers 17 Health Benefit Fund v. Purdue Pharma, L.P. et al |

NORTH CAROLINA MIDDLE

| NCM | 1 | 17−01159 | SURRY COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |

OHIO SOUTHERN

| OHS | 2 | 17−01117 | Clinton County Board of Commissioners v. Purdue Pharma L.P. et al |
| OHS | 2 | 17−01126 | Morrow County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| OHS | 2 | 17−01132 | Champaign County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al |

PUERTO RICO

| PR | 3 | 17−02380 | Municipality of Sabana Grande et al v. Purdue Pharma L.P. et al |

TENNESSEE MIDDLE

| TNM | 3 | 17−01605 | Metropolitan Government of Nashville and Davidson County Tennessee v. Purdue Pharma L.P. et al |

TEXAS EASTERN

| TXE | 6 | 17−00699 | County of Smith v. Purdue Pharma L.P. et al |
| TXE | 9 | 17−00213 | Polk County v. Purdue Pharma L.P. et al |

TEXAS NORTHERN

| TXN | 1 | 17−00196 | Nolan County |
| TXN | 1 | 17−00197 | Mitchell County v. Purdue Pharma LP |
| TXN | 7 | 17−00173 | County of Wichita, Texas v. Purdue Pharma L.P. et al |